ODELL, Respondent, v. TRECKER, et al (Ellis, Garnishee), Appellants.

(238 N. W. 338.)

(File No. 7280. Opinion filed October 19, 1931.)

*C. H. McCay*, of Salem, for Appellant.
*James R. McGee,* of Salem, for Respondents.

PER CURIAM. In this case a certified copy of the notice of appeal was filed in this court on the 8th day of June, 1931. Thereafter by stipulation of the parties the time for serving appellant's brief was extended to the 16th day of September, 1931; that said brief has not been filed nor has the time for filing the same been extended since the 16th day of September, 1931. Therefore, the said appeal is deemed to have been abandoned, and the order and judgment appealed from are affirmed.